JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAGRAJ CHAKRAVARTY,<br><br>            Plaintiff,<br><br>   v.<br><br>PETER KEISLER, Acting Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director of United States Citizenship and Immigration Services; ROBERT S. MUELLER, III; CHRISTINA POULOS, Director of the California Service Center; ROBIN BARRETT, USCIS District Director, et al.,<br><br>            Defendants. | No. C 07-5560 WHA<br><br>**STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

    The plaintiff, by and through his attorney of record, and defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about November 1, 2007. The United States Attorney's Office was not served until January 9, 2008.

    2. Pursuant to this Court's November 1, 2007 Order Setting the Case Management Conference, the parties are required to file a joint case management statement on January 31, 2008, and attend a case management conference on February 7, 2008.

Stip. to Extend
C07-5560 WHA                      1

3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | March 10, 2008 |
| Last day to file Joint ADR Certification: | March 20, 2008 |
| Last day to file/serve Joint Case Management Statement: | March 27, 2008 |
| Case Management Conference: | April 3, 2008, at 11:00 a.m. |

Date: January 11, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


          /s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants


Date: January 11, 2008          /s/
                                SHAH PEERALLY
                                ERICH KEEFE
                                Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

WILLIAM ALSUP
United States District Judge