JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6730
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAGRAJ CHAKRAVARTY,<br><br>               Plaintiff,<br><br>      v.<br><br>PETER KEISLER, Acting Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director of United States Citizenship and Immigration Services; ROBERT S. MUELLER, III; CHRISTINA POULOS, Director of the California Service Center; ROBIN BARRETT, USCIS District Director, et al.,<br><br>               Defendants. | No. C 07-5560 WHA<br><br>**STIPULATION TO DISMISS** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has adjudicated Plaintiff's application for adjustment of status application (Form I-485).

///

///

Stipulation to Dismiss
C07-5560 WHA                                   1

1 | Each of the parties shall bear their own costs and fees.

2 | Date: February 1, 2008                    Respectfully submitted,

3 |                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney

4 |

5 |                                                 /s/
                                             MELANIE L. PROCTOR[1]
6 |                                            Assistant United States Attorney
                                             Attorneys for Defendants

7 |

8 |
                                                   /s/
9 | Date: January 31, 2008                    SHAH PEERALLY
                                             ERICH KEEFE
10 |                                           Attorneys for Plaintiff

---

[1] I, Melanie Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C07-5560 WHA                             2